```
                                            ___ FILED      ___ RECEIVED
                                            ___ ENTERED    ___ SERVED ON
                                                    COUNSEL/PARTIES OF RECORD

                                                     NOV 1 0 2016

                                                CLERK US DISTRICT COURT
                                                  DISTRICT OF NEVADA
                                            BY: _____ DEPUTY
```

1  DAVID Z. CHESNOFF, ESQ.
   Nevada Bar No. 2292
2  RICHARD A. SCHONFELD, ESQ.
   Nevada Bar No. 6815
3  CHESNOFF & SCHONFELD
4  520 South Fourth Street
   Las Vegas, Nevada 89101
5  Telephone: (702)384-5563
   Attorneys for Defendant, HENRIQUE REAL
6
                    UNITED STATES DISTRICT COURT
7                    FOR THE DISTRICT OF NEVADA
                              * * * *
8
   UNITED STATES OF AMERICA      )
9                                )
          Plaintiff-Appellee     )
10                               )
                                 )   CASE NO: 2:16-mj-00738-CWH
11 v.                            )
                                 )
12 HENRIQUE REAL,                )
                                 )
13        Defendant-Appellant    )
                                 )
14
                        SUBSTITUTION OF ATTORNEY
15
16        HENRIQUE REAL, Defendant hereby substitutes DAVID Z. CHESNOFF, ESQ., and

17 RICHARD A. SCHONFELD, ESQ., of the law office of CHESNOFF & SCHONFELD, 520

18 South Fourth Street, Las Vegas, Nevada 89101, telephone number [702] 384-5563, as attorney of

19 record in place and stead of DANIEL C. COE, AFPD.

20        DATED this 10th day of November, 2016.

21                                                     /s/ Real
22                                              HENRIQUE REAL, Defendant

23  I consent to the above substitution.

24  DATED this 10th day of November, 2016.
25                                                     /s/ 
26                                              DANIEL C. COE, AFPD

We are dully admitted to practice in this District.

Above substitution accepted.

DATED this 10th day of November, 2016.

_____
DAVID Z CHESNOFF, ESQ.

_____
RICHARD A. SCHONFELD, ESQ.

RETAINED __X__          APPOINTED BY COURT _____

**APPROVED**

DATED _November 10, 2016_

_____
UNITED STATES DISTRICT JUDGE