# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>v.<br>HENRIQUE DE SOUZA VILA REAL,<br>　　Defendant. | Case No.: 2:16-cr-00331-JCM-NJK<br><br>ORDER<br>(Docket No. 49) |

Pending before the Court is a motion to withdraw as counsel of record, filed by attorneys David Z. Chesnoff and Richard A. Schonfeld. Docket No. 49. Counsel represent that there has been "a complete and irreconcilable breakdown of the attorney/client relationship," and that Defendant has asked them to file the instant motion. *Id.* at 2. Counsel further represent that Defendant will still have counsel of record, Kathleen Bliss, in the event their motion is granted. *Id.*

For good cause shown, the motion to withdraw, Docket No. 49, is hereby **GRANTED**. Counsel David Z. Chesnoff and Richard A. Schonfeld are withdrawn as attorneys of record for Defendant.

IT IS SO ORDERED.

DATED: April 19, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1