UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-CV-331 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| HENRIQUE ORTOLANI DE SOUZA VILA REAL, | |
| Defendant(s). | |

Presently before the court is defendant Henrique Ortolani De Souza Vila Real's motion to vacate his change of plea hearing. (ECF No. 56).

On June 11, 2018, the parties in this case filed a stipulation to vacate the hearing. (ECF No. 57). On June 12, 2018, the court granted the stipulation. (ECF No. 58). Therefore, defendant's motion is moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to vacate hearing (ECF No. 56) be, and the same hereby is, DENIED as moot.

DATED June 15, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**