KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 West Horizon Ridge Parkway
Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Henrique Real*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRIQUE ORTOLANI DE SOUZA VILA REAL,<br><br>Defendant. | CASE NO. 2:16-cr-00331-JCM-NJK<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |

It is hereby stipulated and agreed, by and between Dayle Elieson, United States Attorney, through Patrick Burns, Assistant United States Attorney, and Kathleen Bliss, Esq., counsel for Defendant Henrique Ortolani De Souza Real, that the change of plea hearing date in the above-captioned matter, previously scheduled for August 16, 2018, at 10:00 a.m., be vacated and continued until a time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant will be in trial in case *USA v. Williamson* Case No. 2:15-cr-00127-RFB, which commences on August 15, 2018, before the Honorable United States Judge Miranda Du.

2. The Defendant does not oppose this request. He is in custody on this case and another

case in which he has pleaded guilty and is pending sentencing (*United States v. Real* 2:17-cr-00001-JAD-CWH).

3. This is the second request for a continuance filed in this matter.

4. This request is made in good faith and not for the purposes of delay.

DATED: July 27, 2018

*/s/ John Patrick Burns*           */s/ Kathleen Bliss*
Patrick Burns Esq.                 Kathleen Bliss, Esq.
Assistant United States Attorney   Counsel for Defendant

**KATHLEEN BLISS LAW PLLC**
1070 W. HORIZON RIDGE PARKWAY., SUITE 202
HENDERSON, NEVADA 89012
TEL: 702.463.9074

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HENRIQUE ORTOLANI DE SOUZA VILA REAL,<br><br>　　　　Defendant. | CASE NO. 2:16-cr-00331-JCM-NJK<br><br>**FINDINGS OF FACT** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant will be in trial in case *USA v. Williamson* Case No. 2:15-cr-00127-RFB, which commences on August 15, 2018, before the Honorable United States Judge Miranda Du.

2. The Defendant does not oppose this request. He is in custody on this case and another case in which he has pleaded guilty and is pending sentencing (*United States v. Real* 2:17-cr-00001-JAD-CWH).

3. This is the second request for a continuance filed in this matter.

4. This request is made in good faith and not for the purposes of delay.

//

//

## ORDER

IT IS FURTHER ORDERED that the change of plea hearing in *United States v. Henrique Ortolani De Souza Vila Real*, Case No. 2:16-cr-00331-JCM-NJK, previously scheduled for August 16, 2018 at 10:00 a.m. is vacated and continued until August 30, 2018, at 10:30 a.m.

Dated July 31, 2018.

By: /s/ James C. Mahan

Judge James C. Mahan

United States District Court Judge